DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 7, 2008

**FILED**

APR 0 9 2008

Clerk, U.S. District and
Bankruptcy Court

Clerk of the Court
United States Bankruptcy Court
United Sates Courthouse Room 2104
3rd St & Constitution Aves, NW
Washington, DC. 20001

RE:  08-00094

Dear Sirs:

On *March 10, 2008,* a proof of claim was filed by the Internal Revenue Service for *Ronald M. & Nancy G. Linton* in the above referenced case number. Please withdraw this claim.

Any questions may be directed to Mr. *Tony Bennett* Badge Number *52-02224* at 410-962-*7665.* Correspondence should be mailed to 31 Hopkins Plaza, Room 1140, Baltimore, Maryland 21201.

Sincerely,

Tony Bennett
Badge Number 52-02224
Bankruptcy Specialist Unit III

CC: David e. Lynn